UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Terry Rosati,

Plaintiff,

vs.

Kommerstad Communications Company, sued as Kommerstad Communications Company, LLC, Mike Overton and Sam Morriss, in their individual capacities,

Defendants.

Civ. No. 00-1482X(JMR/RLE)

**STIPULATION AND ORDER OF DISMISSAL**

---

The parties, through their undersigned counsel, hereby stipulate and agree that the above matter may be dismissed with prejudice, on the merits and without costs to any party.

Dated: December 19 2000

Lori Peterson (#212490)
Tracy N. Tool (#213514)
LORI PETERSON & ASSOCIATES
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 321-0606
Facsimile: (612) 321-0624

ATTORNEYS FOR PLAINTIFF

JAN 05 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 05 2001
DEPUTY CLERK

Dated: December __, 2000

Todd Wind (#196514)
Catherine M. Powell (#296430)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7046/7078
Facsimile: (612) 347-7077

ATTORNEYS FOR DEFENDANTS KOMMERSTAD COMMUNICATIONS COMPANY AND MIKE OVERTON

Dated: ~~December __, 2000~~ January 2, 2001

Alec J. Beck (#201133)
Robin N. Kelleher (#258829)
BURK & SEATON
7301 Ohms Lane
Suite 320
Edina, MN 55439
Telephone: (952) 896-1700
Facsimile: (952) 896-1704

ATTORNEYS FOR DEFENDANT SAM MORRISS

**ORDER**

Pursuant to the foregoing Stipulation, the above matter is hereby dismissed with prejudice and without costs to any party.

LET JUDGMENT ENTER ACCORDINGLY.

Dated: January 4, 2001

~~XXMichaelXXXDavisX~~ JAMES M. ROSENBAUM,
United States District Court Judge

::ODMA\PCDOCS\FBDOCS1\2457246\1